UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EGLON BASCOM,                                : 10-MC-0602 (ARR)
                                             :
           Plaintiff,                        :
                                             : ORDER
     -against-                               :
                                             : NOT FOR PRINT OR
THE BROOKDALE HOSPITAL                       : ELECTRONIC
                                             : PUBLICATION
           Defendant.                        :
-----------------------------------------------------------------x

ROSS, United States District Judge.

By Order dated August 26, 2010, plaintiff was enjoined from filing any new *in forma pauperis* action against Brookdale Hospital or related to his prior residency at Brookdale Hospital in this Court without first obtaining leave of Court. Bascom v. Brookdale Hospital, No. 10-CV-3378 (ARR).

On August 30, 2010, plaintiff filed a complaint and order to show cause for a preliminary injunction along with the obligatory request for leave to file.

Plaintiff is DENIED leave to file the instant action. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this Order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.                                  /S/
                                     _____
                                     ALLYNE R. ROSS
                                     United States District Judge

Dated: Brooklyn, New York
       Sept 8 , 2010

Service List:

<u>Plaintiff (pro se)</u>:
Eglon Bascom
636 East 34th Street
Brooklyn, NY 11203